UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY A. GORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:13-cv-241-JMS-DML |
| | ) |
| CORRECTIONAL MEDICAL SERVICE, et al., | ) |
| | ) |
| Defendants. | ) |

# E N T R Y

The plaintiff, a state prisoner, seeks reconsideration of the order denying his motion for appointment of counsel. The motion to reconsider recites various factors which the plaintiff believes pertinent to his request.

Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The motion for reconsideration [dkt. 13] does not allege or identify a reasonable effort to secure private counsel and is therefore **denied.**

**IT IS SO ORDERED.**

Date: 08/15/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

JERRY A. GORE
988612
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064